No. 01–5955.  EMBREY v. UNITED STATES, 534 U. S. 1085; and

No. 01–6568.  PIERCE *v.* CITY OF PHILADELPHIA ET AL., 534 U. S. 1057.  Motions for leave to file petitions for rehearing denied.